## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**VON DICKERHOOF, et al.**        Case No.: 5:06-cv-02259

    Plaintiffs                              Judge: Hon. James S. Gwin

**vs.**                                       **STIPULATION OF DISMISSAL**
                                            **UNDER RULE 41(a)(1)(ii)**

**SEIPLE LITHOGRAPH CO., et al.**

    Defendants

Pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*, the parties hereby stipulate to dismissal of the within action **without prejudice**.

                                         Respectfully Submitted,

                                         **TZANGAS, PLAKAS, MANNOS & RAIES**

                                         *s/ Beth A. Raies, Esq.*
                                         Lee E. Plakas (0008628)
                                         Beth A. Raies (0037001)
                                         Amanda M. Paar (0080416)
                                         220 Market Ave. South 8th Floor
                                         Canton, Ohio 44702
                                         Phone: (330) 455-6112
                                         Facsimile: (330) 455-2108
                                         E-mail: lplakas@lawlion; braies@lawlion.com;
                                         apaar@lawlion.com
                                         *Attorneys for Plaintiffs*

*s/ Anthony e. Brown*
Anthony E. Brown, Esq.
Baker, Dublikar, Beck, Wiley & Matthews
400 South Main Street
North Canton, Ohio 44720
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2007, the foregoing *Plaintiffs' Voluntary Dismissal* was filed electronically pursuant to the notice from the Clerk. Notice of this filing will be sent to all parties and listed below as counsel by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

               *s/ Beth A. Raies*
               *Attorney for Plaintiffs*