Dismissal without prejudice approved 5/25/07.
s/   James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **VON DICKERHOOF, et al.** | Case No.:  5:06-cv-02259 |
| Plaintiffs | Judge:  Hon. James S. Gwin |
| vs. | **STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)(ii)** |
| **SEIPLE LITHOGRAPH CO., et al.** | |
| Defendants | |

Pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*, the parties hereby stipulate to dismissal of the within action **without prejudice**.

Respectfully Submitted,

**TZANGAS, PLAKAS, MANNOS & RAIES**

*s/ Beth A. Raies, Esq.*
Lee E. Plakas (0008628)
Beth A. Raies  (0037001)
Amanda M. Paar (0080416)
220 Market Ave. South 8th Floor
Canton, Ohio 44702
Phone: (330) 455-6112
Facsimile: (330) 455-2108
E-mail: lplakas@lawlion; braies@lawlion.com; apaar@lawlion.com
*Attorneys for Plaintiffs*

*s/ Anthony e. Brown*
Anthony E. Brown, Esq.
Baker, Dublikar, Beck, Wiley & Matthews
400 South Main Street
North Canton, Ohio 44720
*Attorney for Defendants*